IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 01-cv-01965-WDM-MJW

JAMES BLUE THUNDER,

    Petitioner,

v.

E. J. GALLEGOS, et al.,

    Respondents.

_____

**ORDER ON MOTION TO ALTER OR AMEND JUDGMENT**
_____

Miller, J.

    This matter is before me on Petitioner's Motion to Alter or Amend Judgment (ECF No. 95). Petitioner apparently seeks to modify my order (ECF No. 94) resolving Petitioner's previously filed Motion to Amend (ECF No. 89), Motion for Relief from Judgment (ECF No. 90), and second Motion to Amend (ECF No. 93), as well as the original May 17, 2002 order denying his petition for a writ of habeas corpus. Petitioner is an incarcerated prisoner who was previously released on parole. In 1998, the United States Parole Commission revoked his parole. I denied Petitioner's previous motions on the grounds that the motions were untimely and/or amounted to a successive habeas petition. Petitioner's latest motion again asserts new arguments to challenge the revocation of his parole. I will deny the motion on substantially the same grounds. Petitioner has shown no reason why these arguments could not have been included in his original habeas petition; moreover, under the deferential standard that applies to parole revocation proceedings, Petitioner's arguments

would be unavailing.

Accordingly, it is ordered:

1. Petitioner's Motion to Alter or Amend (ECF No. 95) is denied.

DATED at Denver, Colorado, on May 16, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge